Filed
CLERK, U.S. ...
DEC 11 2015
CENTRAL DISTRICT OF CALIFORNIA
BY MYC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 14-0086-MMM |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | ) | |
| BRADGET JORDAN | ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he will abide by conditions; new criminal conduct._

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _that he will abide by conditions._ _no bail resources;_

IT IS ORDERED that defendant be detained.

DATED: 12/11/15

_/s/ S. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2